UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 16-17159-LMI

RONALD ANTONIO SUAREZ,
Debtor
______________________________/

**PRE TRIAL JOINT STIPULATION**

Ronald Antonio Suarez ("Debtor"), by and through the undersigned attorney, and Nancy N Neidich, Standing Chapter 13 Trustee ("Trustee") by and through her undersigned staff attorney, stipulate to the following facts for the hearing set on the issue of Bare Legal Title of the Real Property

UNDISPUTED FACTS

1. Debtor filed a Chapter 13 Petition on May 18, 2016 [DE #1].

2. The Debtor holds legal title to a property located at 471 Hart Street, Brooklyn NY ("Subject Property") [Settlement Statement in joint evidence]

3. The Subject Property is titled in the name of the Debtor and Miriam Carballo. [Settlement Statement in joint evidence]

4. The Debtor claims that he holds bare legal title to the Subject Property. [DE #1 and #25]. The schedules were amended at DE #25 to correct the property address.

5. The Subject Property was purchased on September 12, 2005 for $788,500.00. [Settlement Statement in joint evidence]

6. The Subject Property was purchased with a $57,337.20 cash payment and the balance paid with a first and second mortgage. [Settlement Statement in joint evidence]

7. The cash down payment was tendered in the form of cashier's checks with the remitter

name of Miriam Carballo [Checks in joint evidence]

8. The equity in the Subject Property at the time the Debtor filed his petition was $226,234.00.

9. The Subject Property has been rented since its purchase.

DISPUTED FACTS

10. The Debtor and Miriam Carbello were divorced over 30 years ago.

11. The Debtor never made any payments or contributions toward payments for the mortgage, taxes, insurance, repairs or maintenance of the Subject Property.

12. The Debtor never lived in the Subject Property

13. The Debtor has never received a benefit from the rental income of the Subject Property, including listing the Subject Property as an asset on a loan application.

**ISSUES OF LAW TO BE LITIGATED**

A) Wether the Debtor holds Bare Legal Title to the Subject Property or wether the Debtor must pay one half of the equity to the allowed unsecured claims?

Respectfully submitted:

NANCY K. NEIDICH, ESQ
CHAPTER 13 TRUSTEE

AMY E CARRINGTON, ESQ.
FLORIDA BAR NO.: 101877
STAFF ATTORNEY
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

FREIRE & GONZALEZ, P.A.
Attorney for Debtor

LAILA S GONZALEZ, ESQ
FLORIDA BAR NO: 00975291
10647 N Kendall Drive
Miami, Fl 33176
(305) 826-1774