UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

Case Number: 16-17159-LMI

RONALD ANTONIO SUAREZ,
Debtor
_______________________________/

## JOINT EXHIBIT REGISTER

Exhibits Submitted on behalf of: Ronald Antonio Suarez and Nancy N Neidich, Standing Chapter 13 Trustee

Date of Hearing/Trial: January 25, 2016

Type of Hearing/Trial: Bare Legal Title

Respectfully submitted:

NANCY K. NEIDICH, ESQ
CHAPTER 13 TRUSTEE

______________________________
AMY E CARRINGTON, ESQ.
FLORIDA BAR NO.: 101877
STAFF ATTORNEY
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

FREIRE & GONZALEZ, P.A.
Attorney for Debtor

______________________________
LAILA S GONZALEZ, ESQ
FLORIDA BAR NO: 00975291
10647 N Kendall Drive
Miami, Fl 33176
(305) 826-1774

| Exhibit | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A | Closing Statement for 471 Hart Street | | | |
| B | Cashier's Check dated September 12, 2005 | | | |

08-10-'16 17:06 FROM-

**Bank of America** Cashier's Check No. 0045364

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date SEPTEMBER 12, 2005

30-1/1140
NTX

Banking Center CARLE PLACE

0094029 00005 000045364

MIRIAM CARBALLO
Remitter (Purchased By)

$ **22961.00**

32-14-3774B 06-2005

Pay **TWENTY TWO THOUSAND NINE HUNDRED SIXTY ONE DOLLARS AND 00 CENTS**

To The Order Of **DAHLIKO, INC.**
****

Non-Negotiable

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

VOID AFTER 90 DAYS

Customer Copy
Retain For Your Records

001641004928

**Bank of America** Cashier's Check No. 0014774

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date SEPTEMBER 09, 2005

30-1/1140
NTX

Banking Center WILLIAMSBURG

0094151 00006 000014774

MIRIAM CARABALLO
Remitter (Purchased By)

$*49000.00**

32-14-3774B 06-2005

PAFORTY NINE THOUSAND DOLLARS AND 00 CENTS**

To The Order Of **DAHLIKO INC.**
****

Non-Negotiable

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

VOID AFTER 90 DAYS

Customer Copy
Retain For Your Records

001641004928

T-062 P0009/0009 F-332

Fee Simple Software, Inc and Urban Development
WWW.WinClose.com (205) 823-3993 OMB No. 2502-0265

| B. TYPE OF LOAN | | | | |
|---|---|---|---|---|
| 1. [ ] FHA 2. [ ] FmHA 3. [X] Conv. Unins 4. [ ] VA 5. [ ] Conv. Ins. | File Number CARBALLO | Loan Number | FHA/VA Case Number | Mortgage Ins. Number |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside of closing; they are shown here for informational purposes and are not included in the totals.

| | | |
|---|---|---|
| D. NAME AND ADDRESS OF BORROWER: | Miriam Carballo and Ronald A. Suarez<br>31 Arlon Place<br>Brooklyn, New York 11208 | |
| E. NAME AND ADDRESS OF SELLER: (SELLER TIN- ) | Danliko, Inc | |
| F. NAME AND ADDRESS OF LENDER: | ALLIANCE MORTGAGE BANKING CORP.<br>3601 HEMPSTEAD TURNPIKE, SUITE 305<br>LEVITTOWN, NY 11756 | |
| G. PROPERTY LOCATION: ID: | 471 Hart Street<br>Brooklyn, New York 11221 | |
| H. SETTLEMENT AGENT: (TIN- 11-2566080 ) | Rubin & Licatesi, P.C.<br>600 Old Country Road, Suite 440<br>Garden City, New York 11530 | PLACE OF SETTLEMENT:<br>600 Old Country Road, Suite 440<br>Garden City, New York 11530 |
| I. SETTLEMENT DATE: | September 12, 2005 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | | K. SUMMARY OF SELLER'S TRANSACTION | | |
|---|---|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | | **400. GROSS AMOUNT DUE TO SELLER:** | | |
| 101. Contract sales price | | $788,500.00 | 401. Contract sales price | | $788,500.00 |
| 102. Personal property | | | 402. Personal property | | |
| 103. Settlement charges to borrower (line 1400) | | $37,000.85 | 403. * (Gross Proceeds- $788,500.00 ) | | |
| 104. | | | 404. | | |
| 105. | | | 405. | | |
| **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | | | **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | | |
| 106. City/town taxes | 09/12/05 to | $30.00 | 406. City/town taxes | 09/12/05 to | $30.00 |
| 107. County taxes | to | | 407. County taxes | to | |
| 108. Assessments | to | | 408. Assessments | to | |
| 109. | | | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** | | **$825,530.85** | **420. GROSS AMOUNT DUE TO SELLER:** | | **$788,530.00** |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER:** | | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | | |
| 201. Deposit or earnest money | | | 501. Excess deposit (see instructions) | | |
| 202. Principal amount of new loan(s) | | $630,800.00 | 502. Settlement charges to seller (line 1400 | | $36,610.13 |
| 203. Existing loan(s) taken subject to | | | 503. Existing loan(s) taken subject to | | |
| 204. SECONDARY FINANCING | | $111,623.65 | 504. Payoff 1st mortgage loan | | |
| 205. | | | 505. Payoff 2nd mortgage loan | | |
| 206. SELLERS CONCESSION | | $15,770.00 | 506. SELLERS CONCESSION | | $15,770.00 |
| 207. | | | 507. | | |
| 208. | | | 508. | | |
| 209. | | | 509. | | |
| **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | | | **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | | |
| 210. City/town taxes | to | | 510. City/town taxes | to | |
| 211. County taxes | to | | 511. County taxes | to | |
| 212. Assessments | to | | 512. Assessments | to | |
| 213. | | | 513. | | |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| **220. TOTAL PAID BY/FOR BORROWER:** | | **$758,193.65** | **520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER:** | | **$52,380.13** |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | | |

| | | | |
|---|---|---|---|
| BORROWER: | $758,193.65 | IN AMOUNT DUE SELLER: | $52,380.13 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from borrower (line 120) | $825,530.85 | 601. Gross amount due to seller (line 420) | $788,530.00 |
| 302. Less amount paid by/for borrower (line 220) | $758,193.65 | 602. Less reductions in amount due seller (line 520) | $52,380.13 |
| 303. CASH ( ☒ FROM )( ☐ TO ) BORROWER: | $67,337.20 | 603. CASH ( ☒ TO )( ☐ FROM ) SELLER: | $736,149.87 |

**HUD-1 (3-86) - RESPA, HB 4305.2**

SUBSTITUTE FORM 1099 STATEMENT: The information contained in Blocks E, G, H, and I and on line 401 (or if line 403 is asterisked, lines 403 and 404, 406, 407, 408, and 409) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTIONS: If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040). You are required by law to provide [see box E] your correct taxpayer identification number. If you do not provide [see box E] your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law, and under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller's Signature

## SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 0. TOTAL SALES/BROKER'S COMMISSIONS: | | |
| Based on price: $788,500.00 @ = $22,000.00 | | |
| Division of Commission (Line 700) as follows: | | |
| 1. $22,000.00 to FOUR SEASONS CITY HOMES FIND S-fee | | |
| 2. $0.00 to | | |
| 3. Commission paid at settlement | | $22,500.00 |
| 4. | | |
| 0. ITEMS PAYABLE IN CONNECTION WITH LOAN: | | |
| 01. Loan origination fee 1.000% to ALLIANCE MORTGAGE BANKING CORP | $6,308.00 | |
| 02. Loan discount 1.000% to ALLIANCE MORTGAGE BANKING CORP | $6,308.00 | |
| 03. Appraisal fee to S.R.S. | $100.00 | |
| 04. Credit report | | |
| 05. FLOOD CERTIFICATION to ALLIANCE MORTGAGE BANKING CORP | $20.00 | |
| 06. TAX SERVICE to ALLIANCE MORTGAGE BANKING CORP | $86.00 | |
| 07. COMMITMENT FEE to ALLIANCE MORTGAGE BANKING CORP | $1,350.00 | |
| 08. | | |
| 09. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 00. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | |
| 01. Interest from 09/12/05 to 10/01/05 19 days @ $125.295900 | $2,380.62 | |
| 02. Mortgage Insurance premium for mos. to | | |
| 03. Hazard Insurance premium for yrs. to | | |
| 04. Flood Insurance premium for yrs. to | | |
| 05. | | |
| 1000. RESERVES DEPOSITED WITH LENDER: | | |
| 1001 Hazard Insurance 3 months @ $214.33 per month | $642.99 | |
| 1002 Mortgage Insurance months @ per month | | |
| 1003 City property taxes 2 months @ $100.00 per month | $200.00 | |
| 1004 County property taxes months @ per month | | |
| 1005 Annual assessments months @ per month | | |
| 1006 Flood insurance months @ per month | | |
| 1007 School property taxes months @ per month | | |
| 1008 Village property taxes months @ per month | | |
| 1009 Aggregate adjustment | ($199.96) | |
| 1100. TITLE CHARGES: | | |
| 1101 Settlement or closing fee to RUBIN & LICATESI, P.C. | $750.00 | |
| 1102 Abstract or title search | | |
| 1103 Title examination | | |
| 1104 Title insurance binder | | |
| 1105 Document preparation | | |
| 1106 Notary fees | | |
| 1107 Attorney's fees (includes above item Numbers ) | | |
| 1108 Title insurance to FIDELITY NATIONAL (includes above item Numbers ) | $4,368.00 | |
| 1109 Lender's coverage | | |
| 1110 Owner's coverage | | |
| 1111 DEPARTMENTALS | $375.00 | |
| 1112 ENDORSEMENTS | $75.00 | |
| 1113 BANKRUPTCIES | $90.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES: | | |
| 1201 Recording fees Deed $165.00 Mortgage $225.00 Release | $390.00 | |
| 1202 City/county tax/stamps Deed $11,236.13 Mortgage | | $11,236.13 |
| 1203 State tax/stamps Deed $3,154.00 Mortgage $13,562.20 | $13,562.20 | $3,154.00 |
| 1204 5217 | | $75.00 |
| 1205 | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES: | | |
| 1301 Survey | | |
| 1302 Pest inspection | | |
| 1303 05/06 2ND QTR TAX ESCROW | $195.00 | |
| 1304 05/06 1ST QTR TAX ESCROW | | $145.00 |
| 1305 | | |
| 1306 | | |
| 1307 | | |
| 1400. TOTAL SETTLEMENT CHARGES: | $37,000.85 | $36,610.13 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

[*]

I have carefully reviewed the HUD-1 Settlement ... disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

[2]

Borrower: ______________________ Date 09/12/05 Seller or Agent: ______________________ Date 09/12/05
Miriam Garballo Danfiko, Inc

Borrower: ______________________ Date 09/12/05 Seller or Agent: ______________________ Date ________
Ronald A. Suarez

Borrower: ______________________ Date ________ Seller or Agent: ______________________ Date ________

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: Rubin & Licatesi, P.C. ______________________ Date 09/12/05
RUBIN & LICATESI, P.C.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title U.S. Code Section 1001 and Section 1010.