UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Case No.: 16-17159-LMI

Ronald Antonio Suarez Chapter 13

Debtor.
____________________/

**WRITTEN OPENING STATEMENT**

**COMES NOW** the Debtor, **Ronald Antonio Suarez**, by and through Undersigned Counsel and files the following Written Opening Statement:

The Debtor will testify that he has only a bare legal title interest and not an equitable interest in the property in New York which is listed on his schedule A. He will testify that he has never made a payment towards the property, nor provided any maintenance or upkeep for the property. He will testify that he did not assist in providing for any funds for the down payment, nor has he made any portion of any mortgage payments, insurance payments tax payments or any other form of payment towards the property. He will testify that he has never claimed or had a beneficial interest in the property and that his interest in the property is solely that of Bare Legal Title. The Debtor has provided substantial documentation to the Trustee which corroborates his testimony.

Respectfully submitted,

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[/] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq., FBN: 0078080
10647 N Kendall Drive
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com