**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Case No.: 16-17159-LMI

Ronald Antonio Suarez Chapter 13

Debtor.
_____________________/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ ] Plaintiff [ ] Defendant [WM] Debtor [✓] Other: JOINT

Date of Hearing/Trial: November 15, 2016

Type of Hearing/Trial: Evidentiary Hearing (BLT Issue)


Submitted by: Laila S. Gonzalez, Esq.
Freire & Gonzalez, P.A.
10647 N. Kendall Drive
Miami, FL 33176
Tel: 305-826-1774
Fax: 305-826-1794
courtdoc@fgbkc.com


| Exhibit No.: | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Chase detailed payment history dated August 9, 2016 | | | ✓ |
| 2 | HUD 1 dated September 12, 2005 | A | | |
| 3 | Money orders dated September 9, 2005 and September 12, 2005 | A | | |
| 4 | Copies of Miriam Carballo's bank statements | | | ✓ |