**ORDERED in the Southern District of Florida on November 22, 2016.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re: Case No.: 16-17159-LMI

Ronald Antonio Suarez, Chapter 13

Debtor.
_______________________/

**ORDER OVERRULING TRUSTEE'S OBJECTION TO CONFIRMATION**

**THIS CAUSE**, having come before the court on the 16th day of November, 2016 on the Trustee's Objection to Confirmation of the Debtor based on the Debtor's interest in a piece of real property located in New York for which the Debtor claimed a Bare Legal title interest, the Court having heard argument of counsel, having taken testimony of the Debtor and based on the testimony of the Debtor, the Stipulation of the parties, and the records admitted into evidence, and for the reasons stated on the record, it is;

**ORDERED** and **ADJUDGED**:

1. The Trustee's Objection to Confirmation is **OVERRULED**.

###

Copies furnished:
Freire & Gonzalez, P.A.
Nancy K. Neidich, Trustee
Ronald Antonio Suarez , Debtor
HSBC Bank, USA, Creditor

The movant, or movant's counsel, Freire & Gonzalez, P.A., shall serve a copy of this order to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.